3, 1904.) Action by Joseph Foster, Jr., against the International Paper Company.

PER CURIAM. Order granting extra allowance reversed, with $10 costs, and motion denied. Judgment modified, by striking out such extra allowance of costs, and, as so modified, judgment and order denying motion for new trial affirmed, with costs.

WILLIAMS, J., not sitting.

FOX v. ERBE et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Grant O. Fox against William Erbe and others.

PER CURIAM. Motion granted, so far as to dismiss appeal, with $10 costs, unless, within 10 days from service of order to be entered hereon, appellant shall pay $10 costs of motion and $10 term fee.

FOX v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Richard K. Fox against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

FRANK, Appellant, v. GAUS, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Isidor Frank against Selma Gaus. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FRANKE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by William B. Franke against Frederick R. White. No opinion. Judgment affirmed, with costs.

FREEMAN, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Susan Freeman against Albina B. Brown as etc. No opinion. Judgment affirmed, with costs.

FREIFELD v. SIRE. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by George Freifeld against Henry B. Sire.

PER CURIAM. Motion denied, on payment of $10 costs of motion and $10 costs of term.

FRENSDORF, Appellant, v. FINKLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Sigmond Frensdorf against Bernard S. Finkle. No opinion. Order affirmed, with $10 costs and disbursements.

FROSCHAUER, Respondent, v. ROME MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Frank Froschauer against the Rome Manufacturing Company.

PER CURIAM. Judgment and order reversed; and new trial ordered, with costs to the

appellant to abide event, upon the ground that the damages awarded by the jury are excessive.

GEARTY, Appellant, v. MAYOR, etc., Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by James A. Gearty against the mayor, etc. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

GERLANDO, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Annie Gerlando against Hugh V. Monahan. No opinion. Judgment and order unanimously affirmed, with costs.

GERLANDO, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by John Gerlando against Hugh V. Monahan. No opinion. Judgment and order unanimously affirmed, with costs.

GERMAN BANK OF BUFFALO, Respondent, v. ECKERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by the German Bank of Buffalo against Joseph H. Eckert and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., not voting.

GRISWOLD, Appellant, v. HAWLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Addie H. Griswold, as executrix, etc., against William H. Hawley. No opinion. Judgment affirmed, with costs.

GLENS FALLS COAL CO., Respondent, v. GLENS FALLS GAS & ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by the Glens Falls Gas & Electric Light Company against the Glens Falls Coal Company. No opinion. Judgment unanimously affirmed, with costs.

GOLDSMITH v. SCHROEDER. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Theresa Goldsmith against Lora S. Schroeder. No opinion. Motion denied, with $10 costs.

In re GRADE CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) In the matter of the grade crossing commissioners as to lands of the American Car & Foundry Company and others (proceeding No. 56).

PER CURIAM. Order affirmed, with costs.

HISCOCK, J., not sitting.

GRANNEMANN et al. v. GRANNEMANN et al. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by